IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RONALD STEPHENS,                    :

    *Plaintiff,*                    :

v.                                  :       Civil No. CCB-03-528

JO ANNE B. BARNHART,                :
COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,     :

    *Defendant.*                    :

## NOTICE OF APPEARANCE

Now comes Defendant, the Commissioner of Social Security, by and through counsel, and requests that the appearance of Shawn S. McGruder, Special Assistant United States Attorney, be entered as Counsel for Defendant in the above-captioned case.

Express mail packages requiring a street address should be directed to the undersigned counsel at Altmeyer Building, Room 617, 6401 Security Boulevard, Baltimore, Maryland 21235.

Date: December 11, 2003           Respectfully submitted,

                                            Thomas M. DiBiagio
                                            United States Attorney

OF COUNSEL:                                 By: /s/ Shawn S. McGruder
Kristine L. Sendek-Smith                    Shawn S. McGruder
Assistant United States Attorney            Special Assistant United States Attorney
Federal Bar No. 26641                       Federal Bar No. 27263
6625 United States Courthouse               Social Security Administration
101 West Lombard Street                     Suite No. 56, P.O. Box 26430
Baltimore, Maryland 21201-2692              Baltimore, Maryland 21207
Phone: (410) 209-4800                       Phone: (410) 965-3171
FAX: (410) 962-2310                         FAX: (410) 597-0564

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of December, 2003, a copy of the foregoing *Notice of Appearance* was sent, first-class mail, postage prepaid, to Ronald Stephens, P.O. Box 563, Randallstown, MD 21133, *Pro Se* Plaintiff.

_____
Shawn S. McGruder
Special Assistant United States Attorney