IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RONALD STEPHENS, | : |
| *Plaintiff,* | : |
| v. | : Civil No. CCB-03-528 |
| JO ANNE B. BARNHART, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | : |
| *Defendant.* | : |

## NOTICE OF APPEARANCE

Now comes Defendant, the Commissioner of Social Security, by and through counsel, and requests that the appearance of Shawn S. McGruder, Special Assistant United States Attorney, be entered as Counsel for Defendant in the above-captioned case.

Express mail packages requiring a street address should be directed to the undersigned counsel at Altmeyer Building, Room 617, 6401 Security Boulevard, Baltimore, Maryland 21235.

Date: December 11, 2003

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

OF COUNSEL:
Kristine L. Sendek-Smith
Assistant United States Attorney
Federal Bar No. 26641
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
Phone: (410) 209-4800
FAX: (410) 962-2310

By: /s/ Shawn S. McGruder
Shawn S. McGruder
Special Assistant United States Attorney
Federal Bar No. 27263
Social Security Administration
Suite No. 56, P.O. Box 26430
Baltimore, Maryland 21207
Phone: (410) 965-3171
FAX: (410) 597-0564

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of December, 2003, a copy of the foregoing *Notice of Appearance* was sent, first-class mail, postage prepaid, to Ronald Stephens, P.O. Box 563, Randallstown, MD 21133, *Pro Se* Plaintiff.

Shawn S. McGruder
Special Assistant United States Attorney